■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN F. GARDNER, Appellant.—Judgment unanimously affirmed. Memorandum: The prosecutor's reference in his opening statement to defendant's prior conviction for driving while intoxicated does not require reversal because the conviction was a necessary element of the aggravated unlicensed operation of a motor vehicle charge *(see,* Vehicle and Traffic Law

§ 511 [3]; *People v Miller,* 163 AD2d 627, 629, *lv denied* 76 NY2d 942; *People v Cooper,* 158 AD2d 743; *People v Koponen,* 129 AD2d 838). Defendant's remaining contentions lack merit. (Appeal from Judgment of Ontario County Court, Reed, J.— Felony Driving While Intoxicated.) Present—Callahan, A. P. J., Denman, Green, Pine and Davis, JJ.